PAINE, Administrator of Estate of Nellie F. Paine, Deceased, Appellant, vs. CHICAGO & NORTHWESTERN RAILWAY COMPANY, imp., Respondent.

*May 10—June 20, 1932.*

For the appellant there were briefs by *Francis W. Rausch* of West Allis, attorney, and *McGovern, Curtis & Devos* of Milwaukee of counsel, and oral argument by *Mr. Rausch* and *Mr. Francis E. McGovern.*

*John F. Baker* of Milwaukee, for the respondent.

FOWLER, J. The opinion in the companion case of Tracy L. Paine, administrator of the estate of Charles L. Paine, deceased, v. Chicago & Northwestern Railway Company, filed herewith (*ante,* p. 423, 243 N. W. 205), covers the facts and law involved herein.

*By the Court.*—The judgment of the circuit court is reversed, with directions for a new trial.